## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 659 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1368 EDA |
| | : | 2020 entered on September 15, |
| JOHN TAYLOR HOVATTER, | : | 2021, **affirming** the Judgment of |
| | : | Sentence of the Bucks County Court |
| Petitioner | : | of Common Pleas at No. CP-09-CR- |
| | : | 0003051-2019 entered on June 9, |
| | | 2019 |

## <u>ORDER</u>

**PER CURIAM**                                     **DECIDED: December 1, 2022**

AND NOW, this 1st day of December, 2022, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to the Superior Court for further proceedings consistent with *Commonwealth v. Thorne*, ___ A.3d ___, 2022 WL 2231821 (Pa. filed June 22, 2022).